NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
JEANINE OLIVARES NAVARRO
Nevada Bar No. 10174
**MORRIS POLICH & PURDY** LLP
3930 Howard Hughes Parkway, Suite 360
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Attorney for Defendant BAXA CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN SHINN and RICHARD SHINN, Individually, as Heirs and as Personal Co-Administrators of the Estate of ALYSSA SHINN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BAXA CORPORATION; MCKESSON CORPORATION, a Delaware Corporation; DOES 1 through 50, and ROE CORPORATIONS 1 through 20;<br><br>Defendants. | Case No.: 2:07-CV-01648-JCM-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING AND HEARING OF MOTION TO INTERVENE AND MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>(First Request) |

Plaintiffs Kathleen Shinn and Richard Shinn ("Plaintiffs"), by and through their counsel Richard Harris Law Firm, Defendant Baxa Corporation ("Baxa"), by and through its counsel Morris Polich & Purdy LLP, Defendant McKesson Corporation ("McKesson"), by and through its counsel Lauria, Tokunaga, Gates & Linn, LLP, and Summerlin Hospital Medical Center ("Summerlin"), by and through its counsel Hall Prangle & Schoonveld, LLC, hereby stipulate to extend the filing deadlines for Baxa's response to Summerlin's Motion to Intervene and for Determination of Good Faith Settlement [Doc 23], filed on April 1, 2008, to May 19, 2008, and Summerlin's reply to Baxa's response for a period of eleven (11) days following the service of Baxa's response.

This is the first requested extension.

1  This extension is required for Summerlin's full and complete disclosure and production of
2  materials and records requested pursuant to Baxa's Notice of Taking Deposition of Custodian of
3  Records of Summerlin Hospital Medical Center and Subpoena Duces Tecum served on March 3, 2008.
4  The requested materials are necessary for Baxa to craft a clear and comprehensive response to the
5  statements and arguments made by Summerlin. Baxa requires the review and analysis of the materials
6  to be produced by Summerlin Hospital prior to responding to Summerlin's motion.

7  The parties request that the hearing of Summerlin's Motion to Intervene and for Determination
8  of Good Faith Settlement [Doc 23] be continued for a period of thirty (30) days following briefing to
9  allow for complete consideration by the parties.

10  The extension is also requested to allow Plaintiffs and Defendant Baxa Corporation to schedule
11  mediation in an attempt resolve this matter prior to the hearing of said Motion.

12  **IT IS SO STIPULATED.**

**MORRIS POLICH & PURDY LLP**

DATED this ___ day of April, 2008.

BY: _____
NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
JEANINE OLIVARES NAVARRO
Nevada Bar No. 10174
3930 Howard Hughes Parkway, Suite 360
Las Vegas, Nevada 89169
Attorney for Defendant *Baxa Corporation*

**RICHARD HARRIS LAW FIRM**

DATED this ___ day of April, 2008.

BY: _____
RICHARD HARRIS, ESQ.
Nevada Bar No. 505
KERRY L. EARLEY, ESQ.
Nevada Bar No. 2298
801 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs
*Kathleen Shinn and Richard Shinn*

This extension is required for Summerlin's full and complete disclosure and production of materials and records requested pursuant to Baxa's Notice of Taking Deposition of Custodian of Records of Summerlin Hospital Medical Center and Subpoena Duces Tecum served on March 3, 2008. The requested materials are necessary for Baxa to craft a clear and comprehensive response to the statements and arguments made by Summerlin. Baxa requires the review and analysis of the materials to be produced by Summerlin Hospital prior to responding to Summerlin's motion.

The parties request that the hearing of Summerlin's Motion to Intervene and for Determination of Good Faith Settlement [Doc 23] be continued for a period of thirty (30) days following briefing to allow for complete consideration by the parties.

The extension is also requested to allow Plaintiffs and Defendant Baxa Corporation to schedule mediation in an attempt resolve this matter prior to the hearing of said Motion.

**IT IS SO STIPULATED.**

MORRIS POLICH & PURDY LLP

DATED this ____ day of April, 2008.

BY: _____
NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
JEANINE OLIVARES NAVARRO
Nevada Bar No. 10174
3930 Howard Hughes Parkway, Suite 360
Las Vegas, Nevada 89169
Attorney for Defendant *Baxa Corporation*

RICHARD HARRIS LAW FIRM

DATED this 16th day of April, 2008.

BY: _____
RICHARD HARRIS, ESQ.
Nevada Bar No. 505
KERRY L. EARLEY, ESQ.
Nevada Bar No. 2298
801 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs
*Kathleen Shinn and Richard Shinn*

LAURIA, TOKUNAGA, GATES & LINN, LLP

DATED this 16 day of April, 2008.     BY: /s/ 9693

ANTHONY D. LAURIA, ESQ.
Nevada Bar No. 4114
601 South Seventh Street
LasVegas, Nevada 89101
Attorneys for Defendant *McKesson Corporation*

HALL, PRANGLE & SCHOONVELD, LLC

DATED this ____ day of April, 2008.   BY:_____

MICHAEL E. PRANGLE, ESQ.
Nevada Bar Bo. 8619
KENNETH M. WEBSTER, ESQ.
Nevada Bar No. 7205
777 North Rainbow Boulevard, Suite 225
Las Vegas, Nevada 89107
Attorneys for *Summerlin Hospital*

## ORDER

IT IS SO ORDERED that Baxa Corporation's Response to Summerlin Hospital Medical Center's Motion to Intervene and for Determination of Good Faith Settlement is due May 19, 2008; Summerlin Hospital Medical Center's Reply to Baxa's Response is due eleven (11) days following the service of Baxa's response; and the hearing of Summerlin Hospital Medical Center's Motion to Intervene and for Determination of Good Faith Settlement is continued to _____.

DATED:_____

_____
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| | LAURIA, TOKUNAGA, GATES & LINN, LLP |
| DATED this ___ day of April, 2008. | BY:_____<br>ANTHONY D. LAURIA, ESQ.<br>Nevada Bar No. 4114<br>601 South Seventh Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant *McKesson Corporation* |
| | HALL, PRANGLE & SCHOONVELD, LLC |
| DATED this 16th day of April, 2008. | BY: _____ 8452/for<br>MICHAEL E. PRANGLE, ESQ.<br>Nevada Bar Bo. 8619<br>KENNETH M. WEBSTER, ESQ.<br>Nevada Bar No. 7205<br>777 North Rainbow Boulevard, Suite 225<br>Las Vegas, Nevada 89107<br>Attorneys for *Summerlin Hospital* |

**ORDER**

IT IS SO ORDERED that Baxa Corporation's Response to Summerlin Hospital Medical Center's Motion to Intervene and for Determination of Good Faith Settlement is due May 19, 2008; Summerlin Hospital Medical Center's Reply to Baxa's Response is due eleven (11) days following the service of Baxa's response; and the hearing of Summerlin Hospital Medical Center's Motion to Intervene and for Determination of Good Faith Settlement is continued to _____.

DATED:_____.

_____
UNITED STATES MAGISTRATE JUDGE