KERRY L. EARLEY, ESQ.
Nevada Bar No. 2298
RICHARD HARRIS LAW FIRM
801 South Fourth St.
Las Vegas, NV 89101
Telephone: (702) 385-1400
Facsimile:  (702) 385-9408
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN SHINN and RICHARD SHINN, Individually, as Heirs and as Personal Co-Administrators of the Estate of ALYSSA SHINN, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BAXA CORPORATION; MCKESSON CORPORATION, a Delaware Corporation; DOES 1 through 50, and ROE CORPORATIONS 1 through 20;<br><br>Defendants. | Case No.: 2:07-CV-01648-JCM-PAL<br><br>PLAINTIFFS' JOINDER TO SUMMERLIN HOSPITAL MEDICAL CENTER'S MOTION TO INTERVENE AND FOR DETERMINATION OF GOOD FAITH SETTLEMENT |

COMES NOW, Plaintiffs KATHLEEN SHINN and RICHARD SHINN , by and through their attorneys of record KERRY L. EARLEY, ESQ. of the Richard Harris Law Firm, hereby submits this Joinder to Summerlin Hospital Medical Center's Motion to Intervene and for Determination of Good Faith Settlement.

///

///

///

///

///

///

///

This Joinder to Summerlin Hospital Medical Center's Motion to Intervene and for Determination of Good Faith Settlement is made and based upon the pleadings and documents on file herein and oral arguments at the time of the hearing in this matter.

DATED this 16 day of May 2008.

RICHARD HARRIS LAW FIRM

_____
KERRY L. EARLEY, ESQ.
Nevada Bar No. 2298
RICHARD HARRIS LAW FIRM
801 South Fourth St.
Las Vegas, NV 89101
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I certify that on this 16th day of May, 2008, I deposited for mailing with the US Postal Service a true copy of PLAINTIFFS' JOINDER TO SUMMERLIN HOSPITAL MEDICAL CENTER'S MOTION TO INTERVENE AND FOR DETERMINATION OF GOOD FAITH SETTLEMENT addressed as follows:

| | |
|---|---|
| Kenneth M. Webster, Esq. | Nicholas M. Wieczorek, Esq. |
| HALL PRANGLE & SCHOONVELD, LLC | MORRIS POLICH & PURDY, LLP. |
| 777 N. Rainbow Blvd., Ste. 225 | 3930 Howard Hughes Pkwy # 360 |
| Las Vegas, NV  89107 | Las Vegas NV  89169 |

_____
Employee of Richard Harris Law Firm