KERRY L. EARLEY, ESQ.
Nevada Bar No. 2298
RICHARD HARRIS LAW FIRM
801 South Fourth St.
Las Vegas, NV 89101
Telephone:  (702) 385-1400
Facsimile:  (702) 385-9408
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN SHINN and RICHARD SHINN, Individually, as Heirs and as Personal Co-Administrators of the Estate of ALYSSA SHINN, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BAXA CORPORATION; MCKESSON CORPORATION, a Delaware Corporation; DOES 1 through 50, and ROE CORPORATIONS 1 through 20;<br><br>Defendants. | Case No.: 2:07-CV-01648-JCM-PAL<br><br>PLAINTIFFS' JOINDER TO SUMMERLIN HOSPITAL MEDICAL CENTER'S MOTION TO INTERVENE AND FOR DETERMINATION OF GOOD FAITH SETTLEMENT |

COMES NOW, Plaintiffs KATHLEEN SHINN and RICHARD SHINN , by and through their attorneys of record KERRY L. EARLEY, ESQ. of the Richard Harris Law Firm, hereby submits this Joinder to Summerlin Hospital Medical Center's Motion to Intervene and for Determination of Good Faith Settlement.

///

///

///

///

///

///

1

2

3    This Joinder to Summerlin Hospital Medical Center's Motion to Intervene and for Determination of Good Faith Settlement is made and based upon the pleadings and documents on file herein and oral arguments at the time of the hearing in this matter.

4

5

6            DATED this ⟋⟋⟋ day of May 2008.

7

8    **RICHARD HARRIS LAW FIRM**

9

10

11    KERRY L. EARLEY, ESQ.
      Nevada Bar No. 2298
12    RICHARD HARRIS LAW FIRM
      801 South Fourth St.
13    Las Vegas, NV 89101
      *Attorney for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I certify that on this ____16th____ day of

May, 2008, I deposited for mailing with the US Postal Service a true copy of PLAINTIFFS'

JOINDER TO SUMMERLIN HOSPITAL MEDICAL CENTER'S MOTION TO INTERVENE

AND FOR DETERMINATION OF GOOD FAITH SETTLEMENT addressed as follows:


Kenneth M. Webster, Esq.                Nicholas M. Wieczorek, Esq.
HALL PRANGLE & SCHOONVELD, LLC          MORRIS POLICH & PURDY, LLP.
777 N. Rainbow Blvd., Ste. 225          3930 Howard Hughes Pkwy # 360
Las Vegas, NV  89107                    Las Vegas NV  89169




_____
Employee of Richard Harris Law Firm