SAO
RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
KERRY L. EARLEY, ESQ
Nevada Bar No. 2298
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
(702) 385-1400
rick@richardharrislaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KATHLEEN SHINN and RICHARD SHINN, Individually, as Heirs and as Personal Co-Administrators of the Estate of ALYSSA SHINN, Deceased,

    Plaintiff,

vs.

BAXA CORPORATION; MCKESSON CORPORATION, a Delaware Corporation; DOES 1 through 50, and ROE CORPORATIONS 1 through 20;

Defendants.

---

BAXA CORPORATION,

    Cross-Claimant,

vs.

SUMMERLIN HOSPITAL MEDICAL CENTER, LLP, SUMMERLIN HOSPITAL MEDICAL CENTER, L.P., UHS HOLDING COMPANY, INC., and DOES I-X and ROE CORPORATIONS I-X,

    Cross-Defendants.

Case No.: 2:07-CV-01648-JCM-PAL

STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

## STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter of ALYSSA SHINN V. BAXA CORPORATION AND MCKESSON CORPORATION be dismissed with prejudice, each party to bear its own costs and attorney's fees. Further, the Cross-claim of Baxa Corporation vs. Summerlin Hospital Medical Center, LLP. et al is not dismissed pursuant to this Stipulation.

DATED this 30 day of March, 2011.        DATED this 29 day of March, 2011.

RICHARD HARRIS LAW FIRM                  MORRIS POLICH & PURDY, LLP

By_____for_____ #9980                   By_____
RICHARD A. HARRIS, ESQ                   NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 505                        Nevada Bar No. 6170
801 South Fourth Street                   3930 Howard Hughes Pkwy, Ste. 360
Las Vegas, Nevada 89101                   Las Vegas, NV 89169
*Attorneys for Plaintiff*                 *Attorneys for Defendants*

### ORDER

IT IS SO ORDERED this 30th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

RICHARD HARRIS LAW FIRM

_____ #9980
RICHARD A. HARRIS, ESQ
Nevada Bar No. 505
801 South Fourth Street
Las Vegas, Nevada 89101
(702) 444-4444
*Attorney for Plaintiff*